## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:        KENNETH L. WILSON JR.      )
               DENISE J. WILSON            )      Case No. 12-61704
                                     )
               Debtor

## AMENDMENT TO CHAPTER 13 PLAN

COMES NOW Debtors, by and through Counsel to amend the Chapter 13 Plan to reflect the following:

1.       **PLAN PAYMENT:**  Debtors shall pay <u>$3,700 per month</u> from future earnings to the standing Chapter 13 trustee.

2.       Wage order for Debtor Denise Wilson will remain the same the remaining payment will be paid directly by Debtors.

3.       All other provisions of Debtors' Chapter 13 plan shall remain the same.


Dated: 08/12/2016                    Respectfully submitted,
                                   LICATA BANKRUPTCY FIRM, P.C.

/s/ Marc D. Licata
Marc D. Licata, MO #54957
1442 E. Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 887-8091
ATTORNEY FOR DEBTORS


X_____

X_____


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Friday, August 12, 2016 by providing an electronic copy to the Richard V. Fink, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.

/s/ Marc D. Licata