## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:   KENNETH L WILSON JR
         DENISE J WILSON

                                              Case No.:  12-61704-abf-13

         **Debtors**

### TRUSTEE'S OBJECTION TO NOTICE OF TRANSFER OR ASSIGNMENT OF CLAIM

   COMES NOW, Richard V. Fink, Chapter 13 Trustee ("trustee"), and files this Objection to Notice of Transfer or Assignment of Claim (ECF Document 87), and in support thereof states:

   1. On April 18, 2017, DLJ MORTGAGE CAPITAL INC filed a Notice of Transfer or Assignment of Claim ("Notice") (ECF Document #87).

   2. The Notice lists DLJ MORTGAGE CAPITAL INC as the transferee and MORTGAGE ONE CORPORATION as the transferor.

   3. The Notice refers to court claim number 11 filed November 30, 2012.

   4. Claim 11 was filed by MORTGAGE ONE CORPORATION, but was transferred to CALIBER HOME LOANS INC on February 19, 2014.

   5. It does not appear that MORTGAGE ONE CORPORATION has an interest in this claim to transfer.

   6. The trustee requests that the court deny the Notice.

   WHEREFORE, the trustee requests that the Notice of Transfer or Assignment of Claim be denied, or, in the alternative, that the matter be set for hearing.

April 25, 2017

                                              Respectfully submitted,

                                              /s/ Richard V. Fink, Trustee

                                              Richard V. Fink, Trustee
                                              2345 Grand Blvd., Ste. 1200
                                              Kansas City, MO 64108-2663
                                              (816) 842-1031

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
LICATA BANKRUPTCY FIRM PC (427669) - ATTORNEY FOR DEBTOR(S)
DLJ MORTGAGE CAPITAL INC (474499)

/s/ Richard V. Fink, Trustee

RH /Objection - Transfer or Assignment of Claim